# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2016

## NO. 03-16-00471-CV

**Heyl Homes, Inc., Appellant**

**v.**

**Frank Richard Call, Carol Call, and National Surety Corporation as Subrogee of Frank Richard Call and Carol Call, Appellees**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON

This is an interlocutory appeal from the order signed by the district court on June 27, 2016. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.